**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| IN THE MATTER OF: | CASE NO: 07-03026 GAC |
|---|---|
| JUAN A. LÓPEZ-ROSARIO | |
| NILSA E. GARCÍA-MARRERO | CHAPTER 13 |
| Debtor(s) | |

NOTICE OF POST CONFIRMATION MODIFICATION OF PLAN DATED <u>JUNE 19, 2009</u>

TO THE HONORABLE COURT:

COMES NOW, debtor(s) through the undersigned attorney and to this Honorable Court respectfully state(s), allege(s) and pray(s) as follows:

1. That a modified plan dated June 19, 2009 which is attached, has been filed with the Clerk of this Court.

2. That the Chapter 13 plan previously confirmed by this Honorable Court will remain in full force and effect unless the modified plan becomes the plan.

3. That the reasons of this amended post confirmation plan is for the following purposes:

    (a) To surrender creditor Reliable Financial collateral to lien holder.
    (b) On May 31, 2007 debtors filed voluntary petition. Debtors by mistakenly omitted to pay to residence´s lien holder RG Mortgage (now creditor Banco Popular) the payment for the amount of $1,276 (including late charges), see proof of claim number 16 filed today June 19, 2009.
    (c) To include post petition-plan payment arrears for the months of:
    December 2007, $200.00,
    February 2008, $200.00,
    March 2008, $200.00,
    June 2008, $200.00,
    August 2008, $200.00,
    December 2008, $200.00, for the total of $1,200.00

4. Debtors informed in motion titled "Response to motion to dismiss" dated August 26, 2008 (docket 48) that "during the months of July and August 2008 debtor suffered temporary income reduction in pets "dog puppies" sale and extraordinary expenses caused by automobile repairs. Debtors inform that during the months of June and July 2008 they suffered sales reduction caused by the changes in the law 67 of 1973 "a law that regulates the sale of pets in Puerto Rico". Also debtor informs that during the June 2008 he had to incur in automobile repairs at a cost of $600.00."
   During December 2008 debtor incurred in another plan payment arrears. The reason for the arrear was unexpected family expenses. In order to avoid further arrears, provide for the plan payment and eventually obtain a discharge, on June 10, 2009 debtor

1

surrender a motor vehicle that serves as collateral for creditor Reliable Financial. Evidence of automobile surrender is attached, see exhibit A.

5. Today debtor came to our law office. Debtor submitted income evidence and prepared a family budget. As a result, today, June 19, 2009 debtors filed amended schedules I and J, see dockets 68 and 69. Income evidence was attached with schedule I. After family budget evaluation debtors proposes the following plan payment which is attached.

6. Debtors inform that they have mortgage payment arrears: $1,276.62 for the month of May 2009 (late charges included) and $1,276.62 for the month of June 2009 (late charges included). Today debtor will visit Banco Popular branch today and will provide the following money orders:
    (a) Money order number 103206200010309 dated May 20, 2009 for the amount of $1,276.15, see exhibit B.
    (b) Money order number 103206200010232 dated June 17, 2009 for the amount of $1,276.15, see exhibit C.

WHEREFORE, it is respectfully requested from this Honorable Court to approve the attached post confirmation plan dated June 19, 2009.

### 30 DAYS NOTICE:
*IN ACCORDANCE WITH FRBP 1017, FRBP 2002, AND FRBP 9013, AND LOCAL GENERAL ORDER NO 97-01, THE DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST IN THIS CASE, ARE HEREBY NOTIFIED THAT UNLESS AN OPPOSITION TO THIS MOTION IS SUBMITTED IN WRITING WITHIN 30 DAYS FROM THE DATE APPEARING IN THE CERTIFICATE OF SERVICE, INFRA, THE COURT MAY GRANT THIS MOTION, WITHOUT A HEARING.*

WE HEREBY CERTIFY that on this same date copy of this notice has been sent to Mr. Alejandro Oliveras-Rivera through ECF Filing System, e-mail address: aorecf@ch13sju.com and US Mail, PO Box 9024062, Old San Juan Station, San Juan, PR 00902-4062 and to all parties mentioned in attached Master Address List.

Respectfully submitted,

In San Juan, Puerto Rico this June 19th, 2009

*JAIME RODRÍGUEZ LAW OFFICE, PSC*
Attorney for debtor
Atrium Plaza Apt. 28
225 Calle José Oliver
San Juan, PR 00918-1469
Telephone/Fax (787) 797-4174, 730-5454
bayamonlawoffice@yahoo.com

ELECTRONICALLY FILED
S/ Jaime Rodríguez-Pérez,
USDC PR 221011

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: **JUAN A. LOPEZ-ROSARIO**
**NILSA E. GARCÍA-MARRERO**

BK. CASE # 07-03026  GAC

CHAPTER 13

DEBTOR(S) SSN: xxx-xx-5076   SSN: xxx-xx-1116

## CHAPTER 13 PAYMENT PLAN

**NOTICE:** * The following plan contains provisions which may significantly affect your rights. You should read this document carefully and discuss it with your attorney. When confirmed, the plan will bind the debtor and each creditor to its terms. Objections must be filed in writing with the Court and served upon the debtor(s), debtors' counsel, the Trustee and any other entity designated by the Court, at the 341 meeting of creditors or not less than twenty (20) days prior to the scheduled confirmation hearing. For post confirmation Plan Modifications, objections must be filed and notified in the same manner within twenty (20) days from its notification. * See the notice of commencement of case for 341 meeting date and claims bar date, the latter is the date by which a proof of claim must be filed in order to participate of the plan distribution.

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee: [X] directly [ ] by payroll deductions, as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.
[ ] 3. The Confirmation Order will not vest property of the Estate on Debtor(s) until the Order discharging Debtor(s) is entered.

**PLAN DATED:**
[ ] PRE  [X] POST-CONFIRMATION

[X] **AMENDED PLAN DATED:** 6/19/2009
FILED BY [X] DEBTOR [ ] TRUSTEE [ ] UNSECURED CREDITOR

### I. PAYMENT PLAN SCHEDULE

| $ | Amount | x | # | = $ | Total |
|---|---|---|---|---|---|
| $ | 200.00 | x | 3 | = $ | 600.00 |
| $ | 270.00 | x | 4 | = $ | 1,080.00 |
| $ | 0.00 | x | 6 | = $ | 0.00 |
| $ | 200.00 | x | 11 | = $ | 2,200.00 |
| $ | 230.00 | x | 36 | = $ | 8,280.00 |
| TOTAL = | | | 60 | $ | 12,160.00 |

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from

[ ] Sale of property identified as follows:
_____
_____

[ ] Other: _____

Periodic Payments to be made other than and in addition to the above.
$_____ x _____ = $_____
To be made on: _____

**PROPOSED PLAN BASE:** $ 12,160.00

### II. ATTORNEY'S FEES
To be treated as a § 507 Priority, and paid before any other creditor and concurrently with the Trustee's fees, unless otherwise provided:

a. Rule 2016(b) Statement: $ 3,000.00
b. Fees Paid (Pre-Petition): ($ -2,800.00 )
c. R 2016 Outstanding balance: $ 5,800.00
d. Post Petition Additional Fees: $ 275.00
e. Total Compensation: $ 3,275.00
Paid during months # ___ To ___

Signed: /s/ _____
 DEBTOR
 /s/ _____
 JOINT DEBTOR
 /s/ **Jaime Rodríguez Pérez**
 BY: ATTORNEY

ATTORNEY FOR DEBTOR~ **Jaime Rodríguez Law Office P.S.C**
Condominio Atrium Plaza, Apt 28, 225 Calle José Oliver, San Juan, PR 00618-1469
Phone: **787-797-4174**

### II. DISBURSEMENT MADE IN THE FOLLOWING ORDER AND AFTER ADMINISTRATIVE EXPENSES

**A. SECURED CLAIMS:** [ ] Debtor represents that there are no secured claims.
[X] Secured creditors will retain their liens and shall be paid as follows:

1. [ ] **ADEQUATE PROTECTION** Payments: Cr. _____ $ _____

2. [X] Trustee will pay secured **ARREARS:** (Below, write V for vehicle, M for Mortg & F for furniture in box)
Cr. BANCO POPULAR [A]  Cr. BANCO POPULAR [B]  Cr. _____
Acct. CLAIM 11, PRE PET ARREARS  Acct. CLAIM 16, POST PET ARREARS  Acct. _____
$ 3,202.62  $ 1,276.15  $ _____
Monthly Pymt.$ _____  Monthly Pymt.$ _____  Monthly Pymt.$ _____
Month# ___ To Month# ___  Month# ___ To Month# ___  Month# ___ To Month# ___

3. [ ] Trustee will pay **REGULAR MONTHLY PAYMENTS:**
Cr. _____  Cr. _____  Cr. _____
Acct. _____  Acct. _____  Acct. _____
Monthly Pymt.$ _____  Monthly Pymt.$ _____  Monthly Pymt.$ _____

4. [ ] Trustee will pay **IN FULL** Secured Claims:
Cr. _____  Cr. _____  Cr. _____
$ _____  $ _____  $ _____

5. [ ] Trustee will pay **VALUE OF COLLATERAL:**
Cr. _____  Cr. _____  Cr. _____
$ _____  $ _____  $ _____

6. [ ] Secured Creditor's interest will be insured. **INSURANCE POLICY** will be paid through plan:
Cr. _____  Ins. Co. _____  Premium: $ _____
(Please indicate in "Other Provisions" the insurance coverage period)

7. [X] Debtor SURRENDERS COLLATERAL TO Lien Holder:

8. [X] Debtor will maintain REGULAR PAYMENTS DIRECTLY to:
BANCO POPULAR

**B. PRIORITIES.** The Trustee will pay §507 priorities in accordance with the law [§1322 (a)(2)].

**C. UNSECURED PREFERRED:** Plan [ ] Classifies [X] Does not Classify Claims.
[ ] Class A- [ ] Co-debtor Claims: [ ] Pay 100% / [ ] 'Pay Ahead''. _____
[ ] Class B- [ ] Other Class: _____
[ ] Cr. _____  [ ] Cr. _____  [ ] Cr. _____
$ _____  $ _____  $ _____

**D. GENERAL UNSECURED NOT PREFERRED:** (Case Liquidation Value = $ _____ )
[ ] Will be paid 100% plus _____% Legal Interest  [ ] Will be paid Pro-Rata from any remaining funds

**OTHER PROVISIONS:**
LV. $0.00, POOL TO UNSECURED: $0.00
PRIORITIES: $0.00

1. DEBTOR SURRENDERS FIRSTBANK COLLATERAL. ON JULY 2008 DEBTOR SURRENDER COLLATERAL TO LIENHOLDER.
2. DEBTOR SURRENDER RELIABLE FINANCIAL COLLATERAL. ON JUNE 10, 2009 DEBTOR SURRENDER RELIABLE FINANCIAL COLLATERAL TO LIENHOLDER.



EXHIBIT A

# RELIABLE Auto
## CONDICIÓN DE AUTOMÓVIL REPOSEÍDO

9615 Ave. Los Romeros, Suite 1100, Urb. Montehiedra
San Juan, Puerto Rico 00926

| SUPERVISOR | | FECHA 6-10-09 | NÚMERO DE ZONA |
|---|---|---|---|
| NÚMERO DE CONTRATO 474 603188 | MARCA Y AÑO Suzuki 2004 | MODELO Aerio | NÚMERO DE MOTOR O SERIE JS2RA61S545205836 |
| COMPRADOR Juan A. Lopez Rosario | | TERCERA PARTE (TP) | |
| TABLILLA FVP 273 | MILLAJE 83043 | COLOR Rojo | RELEVOS ☐ SI ☐ NO / RELEVOS TP ☐ SI ☐ NO |

MARBETE ☐ SI ☐ NO  NÚMERO _____
☐ EMBARGO
☐ DEPÓSITO (DESDE _____ HASTA _____)   ☒ ENTREGA VOLUNTARIA
☐ SEGURO  ☐ TOTAL  ☐ PARCIAL   ☐ AVISO DE ACCIDENTE
☐ FOTOS   ☐ LICENCIA DE AUTO

| FRENTE | OK | * | X | O | TAPICERÍA | SI | NO |
|---|---|---|---|---|---|---|---|
| Bumper | x | | | | Asientos Delanteros ☐ Vinyl ☐ Piel ☒ Tela | x | |
| Parrilla | x | | | | Asientos Traseros ☐ Vinyl ☐ Piel ☒ Tela | x | |
| Bonete | x | | | | Panel de Puerta (Cubrefaltas) | x | |
| Cristal Delantero | x | | | | Panel de Instrumentos | x | |
| Limpia Parabrisas ("Wiper") | x | | | | Alfombras | x | |
| Focos ☐ Derecho ☐ Izquierdo ☐ "Fog Light" | x | | | | Consola | x | |
| LADO DERECHO | | | | | Air Bag ☐ Conducir ☐ Pasajero | x | |
| Luces Direccionales | x | | | | Cinturones Delanteros | x | |
| Guardalodo | x | | | | Cinturones Traseros | x | |
| Goma Delantera | x | | | | AREA MOTOR | | |
| Aro ☐ Centro ☐ Regular ☐ Magnesio | x | | | | Motor | x | |
| Puerta Delantera | x | | | | Sistema A/C  no enfría | x | |
| Cristal Puerta Delantera | x | | | | Radiador | x | |
| Puerta Trasera | x | | | | Batería | x | |
| Cristal Puerta Trasera | x | | | | Transmisión ☒ Automática ☐ Manual | x | |
| Panel | x | | | | Diferencial ☒ Delantero ☐ Trasero | x | |
| Goma Trasera | x | | | | ACCESORIOS | | |
| Aro ☐ Centro ☐ Regular ☐ Magnesio | x | | | | Radio ☐ AM ☐ FM ☐ Cassette ☐ CD | x | |
| "Side Markers" | | | | x | Ceniceros | x | |
| PARTE TRASERA | | | | | Bocinas Radio | x | |
| Cristal | x | | | | Ecualizador/Amplificador | | x |
| Tapa Baúl/Compuerta | x | | | | Antena ☐ Regular ☐ Eléctrica | x | |
| Bumper | x | | | | Computadora | x | |
| Limpia Parabrisa ("Wiper") | | | | x | Espejo Retrovisor ☐ Derecho ☒ Izquierdo | x | |
| Goma de Repuesta | x | | | | Espejo Retrovisor Interior | x | |
| Gato | x | | | | Estribos | | x |
| Herremientas | x | | | | Maleteros | | x |
| Foco Trasero Derecho | x | | | | "Spoilers" | | x |
| Foco Trasero Izquierdo  Roto | x | | | | Relojería | | x |
| LADO IZQUIERDO | | | | | Guía | x | |
| Luces Direccionales | x | | | | | | |
| Guardalodo | x | | | | COMENTARIOS: Pequeños rayones y pequeñas | | |
| Goma Delantera | x | | | | abolladuras de uso diario no reparar | | |
| Aro ☐ Centro ☐ Regular ☐ Magnesio | x | | | | | | |
| Puerta Delantera | x | | | | | | |
| Cristal Puerta Delantera | x | | | | | | |
| Puerta Trasera | x | | | | | | |
| Cristal Puerta Trasera | x | | | | | | |
| Panel | x | | | | | | |
| Goma Trasera | x | | | | | | |
| Aro ☐ Centro ☐ Regular ☐ Magnesio | x | | | | | | |
| "Side Markers" | | | | x | | | |

| | Hora | Fecha |
|---|---|---|
| Firma del Cliente | 11:33 | 6/10/09 |
| Representante de Reliable Financial Services, Inc. | 11:34 | 6/10/09 |
| Recibido por Gruero (Firma) | | |
| Dealer o Compañía de Seguro o Lote | | |
| Transferido a Lote | | |
| Recibido en Lote | | |

LEYENDA:
* = RAYADO LEVE
X = ABOLLADURA MENOR
O = CHOCADO, NECESITA REEMPLAZO
OK = BUENA CONDICIÓN (EXCEPTO USO Y DESGASTE NORMAL)

Rev 5/07

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Vega Baja                    06 22 0090615

PERSONAL MONEY ORDER   215
No. 103206200010309
Date 5/20/09

PAY: ONE THOUSAND TWO HUNDRED SEVENTY SIX DOLLARS AND 62/100
$1,276.62
Not Valid Over $2,000.00

TO THE ORDER OF: PopuLAR MortGaGe
CuentA - 071010014723681

Juan A. Lopez Rosario
Purchaser's Signature
P.O Box 959 - Dorado
Address
P.R 00646

FDIC Member and Federal Reserve System

⑆06200010309⑆ ⑈021502011⑈ 000⑆010324⑆

EXHIBIT C

**BANCO POPULAR.**
BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Vega Baja                    06 22 0090604

PERSONAL MONEY ORDER   215
No. 103206200010232
Date 6/17/09

PAY: ONE THOUSAND TWO HUNDRED SEVENTY SIX DOLLARS AND 15/100
$1,276.15
Not Valid Over $2,000.00

TO THE ORDER OF: PopuLAR MortGaGe
CuentA - 071010014723681

Juan A. Lopez Rosario
Purchaser's Signature
P.O Box 959
Address
Dorado, P.R 00646

FDIC Member and Federal Reserve System

⑆06200010232⑆ ⑈021502011⑈ 000⑆010324⑆

MASTER ADDRESS LIST

**LOPEZ ROSARIO, JUAN A.**
**PO BOX 959**
**DORADO, PR  00646-0959**

**SEARS**
**PO BOX 183114**
**COLUMBUS, OH  43218-3114**

**GARCIA MARRERO, NILSA E.**
**PO BOX 959**
**DORADO, PR  00646-0959**

**WALMART**
**PO BOX 530927**
**ATLANTA, GA  30353-0927**

**Jaime Rodriguez Law Office, PSC**
**Atrium Plaza Apt 28 225 Jose Oliver St.**
**San Juan, PR  00918-9704**

**WESTERN AUTO**
**FIRST BANK**
**PO BOX 11853**
**SAN JUAN, PR  00910-3853**

**BANCO POPULAR**
**VISA**
**PO BOX 70100**
**SAN JUAN, PR  00936-8100**

**CITIFINANCIAL**
**PO BOX 71328**
**SAN JUAN, PR  00936-8428**

**CITIFINANCIAL RETAIL SERVICES**
**PO BOX 71398**
**SAN JUAN, PR  00936-8498**

**FIRST BANK**
**PO BOX 9146**
**SAN JUAN, PR  00908-0146**

**RELIABLE FINANCIAL**
**PO BOX 21382**
**SAN JUAN, PR  00928-1382**

**RELIABLE FINANCIAL SERVICES, INC**
**PO Box 21382**
**San Juan, PR  00928-1382**

**RG MORTGAGE**
**PO BOX 362394**
**SAN JUAN, PR  00936-2394**